**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

      Plaintiff,

  v.                                   **MEMORANDUM OPINION AND ORDER**
                                                Criminal No. 03-177 ADM/AJB

Stanley Bernard Luckett,

      Defendant.

___

Stanley Bernard Luckett, *pro se*.

___

      This matter is before the undersigned United States District Judge on Defendant Stanley Bernard Luckett's ("Defendant") Motion for Judicial Recommendation [Docket No. 64]. Defendant's Motion asks for a recommendation directed to the Bureau of Prisons ("BOP") to place Defendant in a Community Confinement Center.

      On December 12, 2003, Defendant was sentenced to 120 months. Setting aside issues regarding the procedural propriety of Defendant's Motion, the BOP is uniquely qualified to make decisions on when it is appropriate to place a prisoner in a Community Confinement Center. See Hosna v. Groose, 80 F.3d 298, 303 (8th Cir. 1996) (courts should avoid macro-managing prisons; courts should give appropriate deference to prison officials attempting to manage a volatile environment). Defendant has not identified any legal violations, nor special circumstances that would require a recommendation that he be placed in a Community Confinement Center. Therefore, his Motion is denied.

Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion for Judicial Recommendation [Docket No. 64] is **DENIED**.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  June 12, 2006.